United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| **JOSE FELIPE LOZANO-SALAZAR,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:25-CV-00196** |
| | § | |
| | § | **Criminal Action No. 7:22-CR-01378-5** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the December 18, 2025, Report and Recommendation ("R&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 18). Judge Alanis made findings and conclusions and recommended that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, (Dkt. No. 1), be denied and dismissed with prejudice, that Petitioner's Motion for Leave to File Amended § 2255 Motion, (Dkt. No. 15), and Petitioner's Motion to Amend § 2255 Motion, (Dkt. No. 16), be denied as moot, and this case be closed. (Dkt. No. 18).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Alanis's R&R, (Dkt. No. 18), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, (Dkt. No. 1), is **DENIED**; and

(3) Petitioner's Motion for Leave to File Amended § 2255 Motion, (Dkt. No. 15), and Petitioner's Motion to Amend § 2255 Motion, (Dkt. No. 16), are **DENIED as moot**.

It is SO ORDERED.

Signed on January 23, 2026.

**Drew B. Tipton**
**UNITED STATES DISTRICT JUDGE**